UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO.: 1:14-CV-00402 S-PAS

| | |
|---|---|
| LINCOLN VALLEY, LLC | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RSUI GROUP, INC. d/b/a | ) |
| COVINGTON SPECIALTY | ) |
| INSURANCE COMPANY | ) |
|     Defendant. | ) |

## DISMISSAL STIPULATION

Now comes the plaintiff in the above-captioned action, and hereby dismisses with prejudice, without interest, and without costs, any and all claims, causes of action and counts asserted against the defendant.

Respectfully submitted,

| | |
|---|---|
| **LINCOLN VALLEY, LLC** | **RSUI GROUP, INC. d/b/a COVINGTON SPECIALTY INSURANCE COMPANY,** |
| By its Attorneys | By its Attorneys, |
| SLOANE AND WALSH, LLP | MORRISON MAHONEY  LLP |
| */s/ John A. Donovan III* | */s/ Thomas M. Robinson* |
| John A. Donovan III, #5707 | Thomas M. Robinson, #6193 |
| 652 George Washington Highway | Michael H. Hayden, *pro hac vice* |
| Suite 302 | 10 Weybosset Street, Suite 900 |
| Lincoln, RI  02865 | Providence, RI  02903 |
| Phone: (401) 495-6796 | Tel: (401) 331-4660 |
| Counsel for Plaintiff | Fax: (401) 351-4420 |
| | Counsel for Defendant |

1571373v.1

2

## **CERTIFICATION**

  I hereby certify that this document has been filed electronically on March 23, 2016 and is available for viewing and downloading from the ECF system.

             /s/ *Thomas M. Robinson*
             _____

2

1571373v.1